*Harry S. Travis* for motion.
*Herbert H. Smith, District Attorney,* opposed.

Motion granted and appeal dismissed (see Code Crim. Pro., § 520, subd. 3; *People* v. *Hatzis*, 297 N. Y. 163).

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* DAVID R. SNYDER, Respondent.

Submitted January 3, 1949; decided January 13, 1949.

*Harry S. Travis* for motion.
*Herbert H. Smith, District Attorney,* opposed.

Motion granted and appeal dismissed (see Code Crim. Pro., § 520, subd. 3; *People* v. *Hatzis*, 297 N. Y. 163).

WENDELIN BRUST et al., Respondents, *v.* MARGARET ASSELTA, as Administratrix of the Estate of EDWARD J. ASSELTA, Deceased, Appellant.

Submitted January 3, 1949; decided January 13, 1949.

*James Dempsey* for motion to withdraw appeal and in opposition to motion to dismiss appeal.

*Sidney G. Sparrow* for motion to dismiss appeal and in opposition to motion to withdraw appeal.

Motion to withdraw appeal granted.   Motion to dismiss appeal denied.